Combs are *eo nomine* specially provided for; barrettes are not, and we are of the opinion that, inasmuch as the articles at bar are fairly within the description of combs, even though perhaps equally within the description of barrettes, classification should take place under the *eo nomine* provision for combs, rather than under the more general provisions by component material, which are less relatively specific in their application to the merchandise.

Judgment will, therefore, issue overruling the protest claims accordingly.

**No. 60942.**—Inter Continental Trading Corp. and Rohner Gehrig & Co., Inc. *v.* United States, protest 289260–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of typewriter cases the same in all material respects as those the subject of Abstract 59651, the claim of the plaintiffs was sustained.

**No. 60943.**—Manca, Inc. *v.* United States, protest 281139–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of calico cases, in chief value of wood, the claim of the plaintiff was sustained.

**No. 60944.**—Arthur J. Humphreys *v.* United States, protest 279861–K (Seattle).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of fir dowels having a board foot measurement of 35,986.72 feet, the claim of the plaintiff was sustained.

**No. 60945.**—The Otto Gerdau Co. *v.* United States, protest 299027–K (Boston).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of bamboo fishing poles similar in all material respects to those the subject of Abstract 59620, the claim of the plaintiff was sustained.

**No. 60946.**—Yardley of London, Inc. *v.* United States, protest 276395–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiff was sustained.

**No. 60947.**—Houbigant, Inc. *v.* United States, protest 287964–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiff was sustained.

**No. 60948.**—Yardley of London, Inc. *v.* United States, protest 288836–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiff was sustained.

**No. 60949.**—Lansen-Naeve Corp. *v.* United States, protest 276412–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of pigments similar in all material respects to those the subject of Abstract 58255, the claim of the plaintiff was sustained.

**No. 60950.**—A. Diagonale & Sons, Inc., and Alltransport, Inc., et al. *v.* United States, protests 249177–K, etc. (New York).